UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:05-CR-178-AVC |
| IRA BLOOM | : April 10, 2024 |

## **OPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Ira Bloom, through counsel, respectfully seeks the Court's permission to travel to Las Vegas, Nevada, from April 15 to April 18, 2024. Probation opposes this request. The Government also opposes this request, the grounds for which follow:

1. Mr. Bloom seeks permission to travel to Las Vegas, Nevada, for a vacation with his wife for their attempt at a honeymoon. The couple would fly from New York to Las Vegas, stopping in Charlotte, North Carolina for a one hour and fifty one minute layover on April 15, 2024. In Las Vegas, they would stay at the Trump International Hotel, located at 2000 Fashion Show Drive, Las Vegas, NV 89109. They would return on April 18, 2024, again on American Airlines. The air and hotel reservations have been provided to Probation.

2. Mr. Bloom and his wife married in February of 2023, and each works more than 50 hours per week—Mr. Bloom as a driver and his wife in a Jewish day care. They are struggling financially but were able to afford this trip through 105,000 miles that Mr. Bloom had accumulated on his American Airlines Advantage card. He paid $22.50 out of pocket for the airline tickets, and the hotel was secured on special promotion for $150.00 and $20.00 in tax. The couple have limited time off from work.

3. United States Probation Officer Ivette Farfan, from the Eastern District of New York, Probation **opposes** this request "due to Mr. Bloom's prior gambling history and Las Vegas primarily [being] known for its gambling." Office Farfan explained in her email to counsel about this motion, "Probation did not think it appropriate for Mr. Bloom to travel to this location [but] did tell Mr. Bloom that travel to a different location could be entertained." The Government also opposes this motion.

4. Mr. Bloom denies having an issue with gambling and notes that the hotel reservation was made at a non-gambling hotel. Mr. Bloom acknowledges that gambling would nevertheless be easy to accomplish in Las Vegas but affirmatively represents that he has no intentions of gambling. Instead, he and his wife would like to use this vacation as their belated. They plan to see a show, if they can find affordable tickets, and spend time walking around and at the pool. They also hope to have one lunch or dinner with a Rabbi in Las Vegas. Their hotel reservation includes a kitchenette, and they plan to prepare most of their meals to save money.

5. Mr. Bloom has until Thursday, April 11, 2024, at midnight to cancel the airline tickets and hotel reservation.

WHEREFORE, Ira Bloom respectfully requests that the Court allow him to travel to Las Vegas, Nevada from April 15 to April 18, 2024.

                    Respectfully Submitted,

                    THE DEFENDANT,
                    Ira Bloom
                    FEDERAL DEFENDER OFFICE

Date: April 10, 2024                    /s/ Josh Ewing

        Federal Defender
        10 Columbus Blvd, 6th FL
        Hartford, CT 06106
        Phone: (860) 493-6260
        Bar No. ct443715
        Email: Josh_Ewing@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2024, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Josh Ewing