PROB 22
Rev. 01/24)

File Date: April 15, 2024
Case 3:05-cr-00178-RNC    Document 190-1    Filed 05/03/24    Page 1 of 2
Case Number: 24-CR-151
Judge Eric R. Komitee

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** (*Tran. Court*)
0205 3:05CR00178-001

**DOCKET NUMBER** (*Rec. Court*)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ira I. Bloom | CONNECTICUT | HARTFORD |

**NAME OF SENTENCING JUDGE**
Honorable Robert N. Chatigny, Sr. U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|---|---|---|

**OFFENSE**
CT1 RACKETEERING - MURDER; CT2 RACKETEERING - MURDER

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Bloom has has resided and is employed in Eastern District of New York and has no plans of returning to Connecticut.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 14, 2024
*Date*

Robert N Chatigny
Digitally signed by Robert N Chatigny
Date: 2024.02.14 13:16:28 -05'00'
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/2/2024
*Effective Date*

s/Eric R. Komitee
*United States District Judge*

Print Form    Save As